```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00421
   SHEILA RAINES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-9425

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/10/2007 and was confirmed 04/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 06/12/2008.
-------------------------------------------------------------------------------
                                                            INTEREST    PRINCIPAL
CREDITOR NAME               CLASS           CLAIM AMOUNT      PAID         PAID
-------------------------------------------------------------------------------
CITIMORTGAGE                CURRENT MORTG         .00          .00          .00
CITIMORTGAGE                MORTGAGE ARRE         .00          .00          .00
WELLS FARGO AUTO FINANCE    SECURED VEHIC    33578.00      1695.71      9377.88
WELLS FARGO AUTO FINANCE    UNSECURED         2415.63          .00       239.00
ADVERTISER                  UNSECURED       NOT FILED          .00          .00
VILLAGE OF ARLINGTON HEI    UNSECURED       NOT FILED          .00          .00
BEST PRACTICES INPATIENT    UNSECURED       NOT FILED          .00          .00
BRINKS HOME SECURITY SYS    UNSECURED       NOT FILED          .00          .00
CAPITAL ONE BANK            UNSECURED       NOT FILED          .00          .00
COMCAST                     UNSECURED       NOT FILED          .00          .00
CITY OF WAUKEGAN            UNSECURED       NOT FILED          .00          .00
BRINKS                      UNSECURED       NOT FILED          .00          .00
AMDEN CYBERSONIC            UNSECURED       NOT FILED          .00          .00
CONDELL MEDICAL CENTER      UNSECURED       NOT FILED          .00          .00
DUNSDEMAND                  UNSECURED       NOT FILED          .00          .00
IPC OF ILLINOIS             UNSECURED       NOT FILED          .00          .00
LAKE COUNTY NEUROSURGERY    UNSECURED       NOT FILED          .00          .00
LAKE COUNTY RADIOLOGY       UNSECURED       NOT FILED          .00          .00
LAKE FOREST HOSPITAL        UNSECURED       NOT FILED          .00          .00
BARRINGTON ORTHOPEDIC       UNSECURED       NOT FILED          .00          .00
CAPITAL ONE                 UNSECURED        3182.03           .00       314.83
NICOR GAS                   UNSECURED       NOT FILED          .00          .00
PALATINE FIRE DEPARTMENT    UNSECURED       NOT FILED          .00          .00
PALATINE FIRE DEPARTMENT    UNSECURED       NOT FILED          .00          .00
ALEXIAN BROTHERS MEDICAL    UNSECURED       NOT FILED          .00          .00
PELLETTIERI & ASSOC         UNSECURED       NOT FILED          .00          .00
VILLAGE OF SCHAUMBURG       UNSECURED       NOT FILED          .00          .00
TRU GREEN CHEMLAWN          UNSECURED       NOT FILED          .00          .00
TRU GREEN CHEM LAWN         UNSECURED       NOT FILED          .00          .00
US BANK/RETAIL PAYMENT      UNSECURED        4036.14           .00       399.33
VILLAGE OF ARLINGTON HEI    UNSECURED       NOT FILED          .00          .00
LEGAL HELPERS PC            DEBTOR ATTY      2,000.00                   2,000.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00421 SHEILA RAINES
```

```
TOM VAUGHN                    TRUSTEE                                953.25
DEBTOR REFUND                 REFUND                                    .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 14,980.00

PRIORITY                                          .00
SECURED                                      9,377.88
    INTEREST                                 1,695.71
UNSECURED                                      953.16
ADMINISTRATIVE                               2,000.00
TRUSTEE COMPENSATION                           953.25
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                  14,980.00            14,980.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/28/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE